USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2019

## GLASS & HOGROGIAN LLP
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 BROAD STREET, 18TH FLOOR @ WEWORK
NEW YORK, NY 10004
212-537-6859
FAX NO. 845-510-2219
E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
    Partner

November 19, 2019

*Via ECF*
Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:    **Harriet Harewood v. New York City Department of Education, et al.,**
       **Letter Requesting Adjournment of 11/25 Status Conference**
       **18 CV 5487 (KPF)(KHP)**

Dear Judge Parker:

I am the attorney for Plaintiff in the above-referenced matter. I write to request an adjournment of the status conference scheduled for November 25, 2019 at 10:00 a.m. as per the Court's order dated October 21, 2019. I have a hearing scheduled for the same day in another matter.

I have spoken with Defendant's attorney and he consents to this request and proposed schedule. Both Plaintiff and Defendant are available to proceed with the conference on December 20, 2019, or alternatively on December 23, 2019, if either of those dates are convenient to the Court. This is the first request for an adjournment of the conference scheduled for November 25, 2019.

Thank you for your consideration of this request to adjourn the scheduled status conference.

1

Respectfully submitted,

*/s/ Bryan D. Glass*

Bryan D. Glass, Esq.

c:     Isaac Baskin, Esq., Attorney for Defendants (via ECF)

**APPLICATION GRANTED:** The status conference previously scheduled for Monday, November 25, 2019 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street New York, New York is rescheduled to <u>Thursday, January 9, 2019 at 10:45 a.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

11/20/2019