**GLASS & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 BROAD STREET, 18TH FLOOR @ WEWORK
NEW YORK, NY 10004
212-537-6859
FAX NO. 845-510-2219
E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
   Partner

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/08/2020
```

January 7, 2020

*Via ECF*
Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

      **Re:**    Harriet Harewood v. New York City Department of Education, et al.,
              Letter Requesting Adjournment of 1/9 Status Conference
              18 CV 5487 (KPF)(KHP)

Dear Judge Parker:

    I am the attorney for Plaintiff in the above-referenced matter. I write to request an adjournment of the status conference scheduled for January 9, 2020 at 10:45 a.m. as per the Court's order dated November 20, 2019. I have been selected for Jury Duty for the same day in New Jersey.

    I have spoken with Defendant's attorney and he consents to this request and proposed schedule. Both Plaintiff and Defendant are available to proceed with the conference on January 13, 2020, or alternatively on January 21, 2020, in the afternoon, if either of those dates are convenient to the Court. This is Plaintiff's first request for an adjournment of the conference scheduled for January 9, 2020.

    Thank you for your consideration of this request to adjourn the scheduled status conference.

                                                    Respectfully submitted,
                                                    */s/ Bryan D. Glass*

Bryan D. Glass, Esq.

c: Isaac Baskin, Esq., Attorney for Defendants (via ECF)

**APPLICATION GRANTED:** The Status Conference in this matter that is scheduled for **Thursday, January 9, 2020 at 10:45 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007** is hereby rescheduled to <u>**Tuesday, January 21, 2020 at 10:00 a.m.**</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
01/08/2020