USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

HARRIET HAREWOOD,

                           Plaintiff,                     18-cv-05487 (KPF) (KHP)

     -against-                          **ORDER**

NEW YORK CITY DEPARTMENT OF EDUCATION
et al.,

                           Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during today's status conference, in the event the parties are unable to settle this action, Defendants shall have until **March 13, 2020** to move for summary judgment. Plaintiff's opposition brief shall be due on **April 17, 2020**, and Defendants' reply brief shall be due on **May 8, 2020**.

SO ORDERED.

Dated: January 21, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge