UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

HARRIET HAREWOOD,

                            Plaintiff,

            -against-

NEW YORK CITY DEPARTMENT OF EDUCATION; ROBERT MERCEDES, in his Capacity as PRINCIPAL OF MIDDLE SCHOOL 390 and INDIVIDUALLY; ANDREA VARONA, in her Capacity as ASSISTANT PRINCIPAL OF MIDDLE SCHOOL 390 and INDIVIDUALLY,

                            Defendants.

------------------------------------------------------------------------ x

**DEFENDANTS' NOTICE OF MOTION FOR <u>SUMMARY JUDGMENT</u>**

18 Civ. 5487 (KPF)(KHP)

**PLEASE TAKE NOTICE** that, upon the Defendants' Statement of Undisputed Facts Pursuant to Rule 56.1 of the Local Civil Rules of this Court, dated May 22, 2020; the Declaration of Assistant Corporation Counsel Isaac S. Baskin, dated May 22, 2020, and the exhibits annexed thereto; Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, dated May 22, 2020; and upon all prior pleadings and proceedings had herein, Defendants will move this Court, before the Honorable Katharine H. Parker, United States Magistrate Judge, Southern District of New York, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order and judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendants' motion for summary judgment on the grounds that there is no genuine issue of material fact requiring a trial, dismissing the second amended complaint in its entirety, entering judgment for Defendants, and granting Defendants costs, fees, and expenses together with such other and further relief as the Court deems just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order, dated April 10, 2020, answering papers, if any, shall be served on or before June 30, 2020, and reply papers shall be served on or before July 24, 2020.

Dated:	New York, New York
	May 22, 2020

		**JAMES E. JOHNSON**
		Corporation Counsel of the
		  City of New York
		Attorney for Defendants
		100 Church Street, Room 2-138
		New York, New York  10007-2601
		(212) 356-1654
		ibaskin@law.nyc.gov


	By:	_____/s/_____
		Isaac S. Baskin
		Assistant Corporation Counsel


To:	**GLASS HARLOW & HOGROGIAN LLP**
	*Attorneys for Plaintiff*
	85 Broad Street, 18th Floor (We Work)
	New York, New York 10004
	(212) 537-6859
	bglass@ghnylaw.com
	Attn: Bryan D. Glass
	(By ECF)

18 Civ. 5487 (KPF)(KHP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRIET HAREWOOD,

                                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                                Defendants.

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**JAMES E. JOHNSON**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-138
New York, New York  10007-2601

*Of Counsel:*   Isaac S. Baskin
*Tel:*           (212) 356-1654

*Matter No.:*   2018-048112

*Due and timely service is hereby admitted.*

*New York, N.Y.* ..............................................................., *20\_*.

*Signed* ......................................................................................

*Attorney for* ..............................................................................