# EXHIBIT EE

**NYC**
**Department of Education**

# OFFICE OF SPECIAL INVESTIGATIONS
## CORPORAL PUNISHMENT INTAKE FORM

**Submitted:** 2017-03-02 3:31PM                                        **Printed:** 3/3/2017 2:02:08 PM

## Case Details

| CPU/OSI Number | Incident Date 03/02/2017 | Incident Time 09:30 AM | |
|---|---|---|---|
| **Allegation Nature** Physical | **Description - Verbal** | **Description - Physical** Pushed/Grabbed | **Weapon Used** |
| **Police Notified** No | **Precinct Number** | **Police Complaint Number** | **Employee Transferred** No |

## Subject Information

| Name | Title | Social Security # | |
|---|---|---|---|
| Harriet Harewood | Teacher | | |

## Incident Summary

During 2nd period on March 2nd, Ms. Harewood was teaching art and student ▮▮▮▮ was using a pencil to poke holes in a bottle of water. Ms. Harewood asked her to stop several times and ▮▮▮▮ refused. Ms. Harewood attempted to take the bottle away from ▮▮▮ and they were both tugging on the bottle. ▮▮▮ told Ms. Harewood that she would "fuck her up" if she broke one of her nails. ▮▮▮ accused Ms. Harewood of spitting on her while she was speaking and she then pushed Ms. Harewood very hard with both hands causing Ms Harewood to move backwards, Ms. Harewood in reaction pushed ▮▮▮ back.  This incident was reported by the teacher and not the student.

## Complainant/Reporter Information

| Name | Witnessed Incident | Relationship to Victim | Received Complaint From |
|---|---|---|---|
| Susan Carr | Yes | Guidance Counselor | Teacher |
| **School Name** Middle School 390 | | **District** 10 | |
| **Address** 1930 Andrews Avenue | **City** Bronx | **State** NY | **Zip** 10453 |
| **Home Phone** | **Work Phone** 718-583-5501 | **Email** scarrlagomarsini@schools.nyc.gov | |

## Victim Information

| Name | Parent Clorice Ojeda | Age 12 | Grade 07 |
|---|---|---|---|
| **Address** | **City** | **State** | **Zip** |
| **Home Phone** | **School Name** Middle School 390 | **District** 10 | |

## Witness Information

| Name | Address | City | State |
|---|---|---|---|
| Paul Goldwire | 1930 Andrews Avenue | Bronx | NY |
| | **Zip** 10453 | **Home Phone** | **Work Phone** 718-583-5501 |
| Thomas Mets | 1930 Andrews Avenue | Bronx | NY |
| | **Zip** 10453 | **Home Phone** | **Work Phone** 718-583-5501 |

DEF_000252



## Online Occurrence Reporting System

┌─ **Confirmation Number** ────────────────────────────────────┐

Your complaint has been submitted, thank you.

Your Complaint Confirmation number is 

You will receive an email shortly with your Complaint Confirmation number.

└──────────────────────────────────────────────────────────────┘

Click here to view a printer friendly version of your complaint

© 2017 The New York City Department of Education

ps://ats.nycboe.net/Safety/oors/OSI_CPR?OccID=70944BE89503CF6C0202B51CB42EFDB0          3/2/2017

DEF_000253