# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

HARRIET HAREWOOD,

                Plaintiff,                    18 **CIVIL** 5487 (KPF)

      -against-                    **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION, ROBERT MERCEDES,
and ANDREA VARONA, *in their individual and
official capacities*,

                Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 22, 2021, the Court adopts the Report in full, and grants summary judgment in favor of Defendants as to all of Plaintiff's claims; accordingly, this case is closed.

**Dated:**  New York, New York
         February 23, 2021

                                              **RUBY J. KRAJICK**

                                                **Clerk of Court**
                         BY:
                                                **Deputy Clerk**